CREAM OF WHEAT COMPANY, Respondent, *v.* DANIEL E. KNOWLTON, Appellant.

*Cream of Wheat Co.* v. *Knowlton*, 162 App. Div. 936, affirmed.
(Argued October 12, 1917; decided October 30, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 4, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover the value of 253 cases of " Cream of Wheat " shipped by the plaintiff from Minneapolis to Buffalo and burned on the docks of the Western Transit Company, at a time when under a contract with the defendant these cases should have been stored in defendant's warehouse in the city of Buffalo. Defendant asserted his freedom from any negligence in failing to remove the boxes of Cream of Wheat prior to the fire, but insisted that even though he was negligent in failing to remove said boxes, such negligence imposed on him no liability for damages resulting to plaintiff, because any negligence in removing the Cream of Wheat was not the proximate cause of the injury to the goods. Furthermore, that there was no contract between plaintiff and defendant whereby defendant agreed to insure any goods that he was unable to place in his warehouse within forty-eight hours after their arrival and that there was no evidence which warranted a jury to so find.

*Francis F. Baker* for appellant.

*H. W. Huntington* and *Evan Hollister* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ.